

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00391-CR

| | | |
|---|---|---|
| JACKIE LEE BIBBS, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1160104D) |
| | § | |
| V. | | November 8, 2018 |
| | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth